PENALTY SHEET

DEFENDANT:  TAREK KASSEM

YEAR OF BIRTH: 1960

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSES:     Counts 1–7:  18 U.S.C. § 1343, Wire Fraud
                    Counts 8–10: 18 U.S.C. § 1957, Money Laundering

LOCATION OF OFFENSE: DENVER COUNTY, COLORADO

PENALTY:     Counts 1–7: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

Counts 8–10: Imprisonment of NMT 10 years, a fine of NMT $250,000 or alternatively NMT twice the amount of criminally derived property involved in the transaction, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:     Megan King
Special Agent, Internal Revenue Service

James Buck
Special Agent, Department of Labor, Office of Inspector General

Brandon Barnes
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Nicole C. Cassidy
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

THE GOVERNMENT will <u>not</u> seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.