IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00088-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TAREK KASSEM,

       Defendant.
_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya Andrews, and hereby gives notice to the Court that it will not seek forfeiture of the 2014 Land Rover Range Rover, VIN: SALGS2EF5EA130934 identified as subject to forfeiture in the United States' First Bill of Particulars, filed on April 12, 2024 (Doc. 18).  The 2014 Land Rover Range Rover, VIN: SALGS2EF5EA130934 was returned to the defendant on December 12, 2024.

DATED this 18th day of December, 2024.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Tonya Andrews*
Tonya Andrews

1

Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
Tonya.Andrews@usdoj.gov
*Attorney for the United States*