IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-88 (NYW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAREK KASSEM,

    Defendant.
_____

## NOTICE OF ATTORNEY APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    *s/ Jared Scott Westbroek*
    JARED SCOTT WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:   (303) 294-7002
    Facsimile:     (303) 294-1192
    jared_westbroek@fd.org
    Attorney for Tarek Kassem

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I electronically filed the foregoing ***Notice of Attorney Appearance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Nicole Cassidy, AUSA
Email: nicole.cassidy@usdoj.gov

Tonya Andrews, AUSA
Email: tonya.andrews@usdoj.gov

<u>*s/ Jared Scott Westbroek*</u>
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
jared_westbroek@fd.org
Attorney for Tarek Kassem