IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-088 (NYW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAREK KASSEM,

    Defendant.

---

**TAREK KASSEM'S NOTICE OF DISPOSITION
AND MOTION REQUESTING CHANGE OF PLEA HEARING**

---

    Tarek Kassem, through Assistant Federal Public Defender Jared Scott Westbroek, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Kassem respectfully requests a Change of Plea Hearing so the Court may consider his plea of guilty pursuant to the plea agreement reached with the government.

    Respectfully submitted, this 10th day of November 2025.

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

                                      */s/ Jared Scott Westbroek*
                                      JARED SCOTT WESTBROEK
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone: (303) 294-7002
                                      Email:  jared_westbroek@fd.org
                                      Attorney for Mr. Kassem

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing *Tarek Kassem's Notice of Disposition and Motion Requesting Change of Plea Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Nicole Cassidy, AUSA
Email: nicole.cassidy@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Tarek Kassem (via U.S. Mail)

*/s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: jared_westbroek@fd.org
Attorney for Mr. Kassem