IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-088 (NYW)

UNITED STATES OF AMERICA

v.

TAREK KASSEM,

    Defendant.

## STATUS UPDATE

Pursuant to the Court's February 19, 2026, order, Mr. Kassem hereby provides the Court with the following update regarding his medical condition and when a change of plea hearing should be scheduled.[1]

Mr. Kassem requires a Coronary Artery Bypass Graft. Mr. Kassem anticipates he will receive that procedure in late May. The recovery time is approximately two to four weeks. Accordingly, it would be appropriate to schedule a change of plea hearing in late June or early July.

Respectfully submitted, this 26th day of February 2026.

    VIRGINIA L. GRADY
    Federal Public Defender

    /s/ *Jared Scott Westbroek*
    JARED SCOTT WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    Email:  jared_westbroek@fd.org
    Attorney for Mr. Kassem

---

[1] The undersigned has explained Mr. Kassem's medical needs to the government. The parties have also agreed that scheduling the change of plea hearing in late June or early July would be appropriate.

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing **TAREK KASSEM'S NOTICE OF FILING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Nicole C. Cassidy, Assistant United States Attorney
Email: Nicole.Cassidy@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Tarek Kassem (Via U.S. Mail)

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
Email:  jared_westbroek@fd.org
Attorney for Mr. Kassem