IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

---

Criminal Action: 24-cr-00088-NYW-1          Date: July 8, 2026
Courtroom Deputy: Emily Buchanan          Court Reporter: Megan Strawn

---

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Nicole Cassidy |
| Plaintiff, | |
| v. | |
| 1. TAREK KASSEM, | Jared Westbroek |
| Defendant. | |

---

### COURTROOM MINUTES

---

### CHANGE OF PLEA HEARING

**10:30 a.m.       Court in session.**

Appearances of counsel.  Defendant present on bond.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant sworn.

Defendant advised of trial rights, forfeiture, appellate rights, penalties, sentencing guidelines, and other constitutional rights.

Defendant enters plea of guilty to Counts 6 and 8 of the Indictment and admits the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:   Court Exhibits 1 and 2 are admitted.**

**ORDERED:** **Defendant's plea of guilty to Counts 6 and 8 of the Indictment is accepted.**

**ORDERED:** **The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:** **Sentencing is set for November 9, 2026 at 10:00 a.m. in Courtroom A902 before Judge Nina Y. Wang.  All dates other than the Sentencing date are vacated.**

**ORDERED:** **Counsel shall file any sentencing positions or any other motions that pertain to sentencing at least 14 days before the Sentencing date.  Any responses or objections to such filings must be filed no later than 7 days before the Sentencing date.**

**ORDERED:** **Defendant's bond is continued to the date and time of sentencing.**

**10:56 a.m.** **Court in recess.**

Hearing concluded.
Total time in court:    0:26