**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Criminal Case No. 24-cr-00088-NYW-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     TAREK KASSEM,

      Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A**
**PERSONAL MONEY JUDGMENT AGAINST DEFENDANT TAREK KASSEM**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Tarek Kassem, [Doc. 46], which was filed pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court, having read said Motion and being fully advised in the premises, finds:

On March 21, 2024, an Indictment was filed charging defendant Tarek Kassem in Counts One through Seven with a violation of 18 U.S.C. § 1343 (Wire Fraud), and in Counts Eight through Ten with a violation of 18 U.S.C. § 1957 (Money Laundering). The Indictment also sought forfeiture in the form of a personal money judgment against defendant Tarek Kassem, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) and 28 U.S.C. § 2461(c), in the amount of the proceeds obtained by the defendant.  [Doc. 1].

On July 8, 2026, the United States and defendant Tarek Kassem entered into a Plea Agreement, which provided that defendant would plead guilty to Counts Six and

Eight.  It also contained a factual basis and cause to issue a personal money judgment in the amount of $1,776,792 under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  [Doc. 44].

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Tarek Kassem [Doc. 46] is **GRANTED**;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Tarek Kassem in the amount of $1,776,792 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED:  August 12, 2026

BY THE COURT:

Nina Y. Wang
United States District Judge