**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-088 (NYW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAREK KASSEM,

Defendant.

---

**TAREK KASSEM'S NOTICE OF NO OBJECTIONS**
**TO THE DRAFT PRESENTENCE INVESTIGATION REPORT**

---

Mr. Kassem, by and through undersigned counsel, hereby notifies this Court that he has no objections to the draft presentence investigation report that was filed on October 2, 2026 (ECF 48).

Respectfully submitted this the 15th day of October 2026.

MATTHEW K. BELCHER
Federal Public Defender

*/s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Phone – 303.294.7002
Email – jared_westbroek@fd.org
Attorney for Mr. Kassem

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing ***Tarek Kassem's Notice of No Objections to the Draft Presentence Investigation Report*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address(es):

Nicole Cassidy, AUSA
Email – nicole.cassidy@usdoj.gov

Tonya Shotwell Andrews, AUSA
Email – tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participant in the manner (U.S. Mail, hand delivery, etc.) indicated by the non-participant's name:

Tarek Kassem
(held on file)

*/s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Phone – 303.294.7002
Email – jared_westbroek@fd.org
Attorney for Mr. Kassem