**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-00088-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAREK KASSEM,

Defendant.

---

**UNITED STATES' MOTION TO DISMISS**
**COUNTS 1–5, 7 AND 9–10 OF THE INDICTMENT**

---

Consistent with the government's obligations in the Plea Agreement (ECF No. 44), the United States respectfully moves the Court to enter an order dismissing Counts 1–5, 7, and 9–10 of the Indictment in the above-captioned matter at the conclusion of the defendant's sentencing hearing. The defendant pled guilty to Counts 6 and 8 of the Indictment on July 8, 2026 (ECF No. 44), and the sentencing hearing is scheduled for November 9, 2026.

/ /

/ /

/ /

Respectfully submitted this 22nd day of October, 2026.

PETER MCNEILLY
United States Attorney

By: *s/ Nicole Cassidy*
Nicole Cassidy
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
Nicole.Cassidy@usdoj.gov
Attorney for Government

**CERTIFICATION RE. USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Sevda Allazova*
Legal Assistant
United States Attorney's Office