**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-00088-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAREK KASSEM,

Defendant.

---

**UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL PURSUANT TO U.S.S.G § 3E1.1(b)**

---

The United States of America respectfully moves the Court to decrease the offense level by one additional level pursuant to United States Sentencing Guidelines ("U.S.S.G.") § 3E1.1(b). As grounds therefore, the government states:

(1) The defendant has clearly demonstrated acceptance of responsibility for his offense and is entitled to a decrease in the offense level by two levels pursuant to U.S.S.G. §3E1.1(a). The U.S. Probation Office has reached this same conclusion in the Presentence Investigation Report. (ECF No. 48 ¶¶ 37, 49–50.)

/ /

/ /

(2) The defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted this 22nd day of October, 2026.

PETER MCNEILLY
United States Attorney

By: s/ *Nicole Cassidy*
Nicole Cassidy
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
Nicole.Cassidy@usdoj.gov
Attorney for Government

**CERTIFICATION RE. USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Sevda Allazova*
Legal Assistant
United States Attorney's Office