**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 24-CR-088 (NYW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAREK KASSEM,

Defendant.

---

**MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 2**

---

Mr. Kassem, through undersigned counsel, hereby requests that Docket Nos. 56 & 57 be filed under Level 2 Restriction.

Respectfully submitted, this 6th day of November 2026.

MATTHEW K. BELCHER
Federal Public Defender

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Email: jared_westbroek@fd.org
Attorney for Mr. Kassem

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the foregoing **MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 2** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Nicole Cassidy, AUSA
Email: nicole.cassidy@usdoj.gov

Tonya Andrews, AUSA
Email: tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Tarek Kassem
(held on file)

*s/ Jared Scott Westbroek*

JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Email: jared_westbroek@fd.org
Attorney for Mr. Kassem