IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

Criminal Action: 1:24-cr-00088-NYW-1
Courtroom Deputy: Heidi Guerra
Probation Officer: Ryan Kinsella

Date: November 9, 2026
Court Reporter: Darlene Martinez

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | *Nicole C. Cassidy* |
| Plaintiff, | |
| v. | |
| TAREK KASSEM, | *Jared S. Westbroek* |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**10:02 a.m. Court in session.**

Appearances of counsel. Defendant present on bond.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendations.

**ORDERED:** Government’s [51] Motion for Decrease for Acceptance of Responsibility is **GRANTED**.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

**ORDERED:** The Plea Agreement is **ACCEPTED**.

Argument given on sentencing.

Statement by Defendant.

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant's construed [52] Motion for a Probationary Sentencing is **DENIED** as stated on the record.

**ORDERED:** Defendant shall be imprisoned for 18 months as to Count 6 and 18 months as to Count 8 with both to run concurrently for a total of 18 months.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on supervised release for a term of 3 years on each Count to run concurrently for a total of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on the record.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment. Interest on restitution is waived.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, due and payable immediately. No fine is imposed.

Defendant advised of right to appeal.

**ORDERED:** Government's [50] Motion to Dismiss Counts 1-5, 7, and 9-10 is **GRANTED**.

Court recommends that the Bureau of Prisons place Defendant at a facility within the District of Colorado.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**ORDERED:** Defendant's bond and terms of supervision are **CONTINUED** to the date and time of surrender.

**11:18 a.m. Court in recess.**

Hearing concluded.
Total time in court: 1 hour 16 minutes